UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 23-4315M | Date | August 24, 2023 |
| Title | United States v. Cantor-Aquino | | |

Present: The Honorable  Michael R. Wilner

| James Muñoz | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Government: | Attorneys Present for Defendant: |
| n/a | n/a |

**Proceedings:**   ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that Defendant has not carried his/her burden of establishing by clear and convincing evidence [18 U.S.C. § 3142(b-c)] that Defendant:

☒ will appear for further proceedings as required if released.

☐ will not endanger the safety of any other person or the community if released.

The Court bases its findings on the following:

☒ Allegations in petition

☒ Lack of bail resources

☒ No stable residence or employment

☐ Ties to foreign countries

☐ Previous failure to appear or violations of probation, parole, or release

☐ Nature of previous criminal convictions

☐ Substance abuse

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 23-4315M | Date | August 24, 2023 |
|---|---|---|---|
| Title | United States v. Cantor-Aquino | | |

☐ Already in custody on state or federal offense

☐ Refusal to interview with Pretrial Services

☐

☐ Defendant did not oppose the detention request.

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.